IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JEROME N. WALLACE SR., <br><br> Plaintiff, <br><br> vs. <br><br> NATIONAL LIFE INSURANCE COMP, and PRUDENTIAL LIFE INSURANCE COMP., <br><br> Defendants. | **8:22CV366** <br><br> **ORDER** |

Before the Court is Plaintiff's motion to proceed in forma pauperis. Filing No. 2. In his form Motion Plaintiff lists expenses that would impact his ability to pay but under section three titled "Other Income" he notes only that his sole source of income is disability payments but fails to "state the amount that you received and what you expect to receive in the future" as required. *Id.* at 1. Due to Plaintiff's failure to complete his form Motion to include the amount of his disability income, it is impossible for the Court to determine whether Plaintiff may proceed in forma pauperis. *See* 28 U.S.C. § 1915(a)(1) (requiring the plaintiff to submit "an affidavit that includes a statement of all assets such prisoner possesses that the person is unable to pay such fees or give security therefor").

As such, Plaintiff has the choice of either submitting the $402.00 filing and administrative fees to the Clerk's Office or submitting a request to proceed in forma pauperis that complies with 28 U.S.C. § 1915 and includes the amount of his disability income. Failure to take either action within 30 days will result in the Court dismissing this case without further notice to Plaintiff.

IT IS THEREFORE ORDERED that:

1. Plaintiff's Motion for Leave to Proceed IFP, Filing No. 2, is denied without prejudice to reassertion in a motion to proceed in forma pauperis that complies with 28 U.S.C. § 1915.

2. Plaintiff is directed to submit the $402.00 fees to the Clerk's Office or submit a request to proceed in forma pauperis within 30 days. Failure to take either action will result in dismissal of this matter without further notice.

3. The Clerk of the Court is directed to send to Plaintiff the Form AO240 ("Application to Proceed Without Prepayment of Fees and Affidavit").

4. The Clerk of the Court is directed to set a pro se case management deadline in this matter with the following text: **December 2, 2022**: Check for Amended MIFP or payment.

Dated this 2nd day of November, 2022.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Judge